DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

LEONICIO DIAZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2696

———————————————

February 6, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Leonicio Diaz's judgment and sentence are affirmed without prejudice to any right he might have to seek relief pursuant to Florida Rule of Criminal Procedure 3.850.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.